

,

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Nancy Gillman, Appellant

No. 06-22-00064-CV　　　v.

Bank of America, N.A., Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-21-45349). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Nancy Gillman, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 8, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk